**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 6, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00600-CR

---

**EDDIE LEWIS CARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 464465E**

---

### MEMORANDUM OPINION

Appellant appeals the trial court's recommendation that his application for a writ of habeas corpus seeking relief from a felony conviction pursuant to Code of Criminal Procedure article 11.07 be dismissed.

We do not have jurisdiction over this appeal. Only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings, and we have no authority to review the trial court's recommendation that a petitioner's

post-conviction application for writ of habeas corpus be dismissed. *See* Tex. Code Crim. Proc. art. 11.07; *In re Garcia*, 363 S.W.3d 819, 822 n.4 (Tex. App.—Austin, no pet.) ("Courts of appeals have no jurisdiction over criminal-law matters pertaining to proceedings under article 11.07.").

On December 2, 2021, the State filed a motion to dismiss. On December 10, 2021, we informed appellant that it appeared this court lacks jurisdiction over the appeal. We directed him to file a response within 21 days or the appeal would be dismissed. Appellant filed a response, but that response fails to demonstrate how this court may exercise jurisdiction over this appeal. The State's motion is granted. Accordingly, we dismiss the appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish – Tex. R. App. P. 47.2(b)